No. 85–769. ORUM v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE POWELL would grant certiorari.

No. 85–786. BELLISSIMO v. WESTINGHOUSE ELECTRIC CORP. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 85–849. PRESIDIO VALLEY FARMERS ASSN. ET AL. v. CALDERON ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–926. CHRISTIAN BROADCASTING NETWORK, INC. v. COPYRIGHT ROYALTY TRIBUNAL. C. A. D. C. Cir. Motion of Old-Time Gospel Hour et al. for leave to file out-of-time brief in support of petition denied. Certiorari denied.